554 S.E.2d 681

**The STATE, Respondent,**

v.

**Albert GARVIN, Petitioner.**

**No. 25369.**

Supreme Court of South Carolina.

Heard Oct. 9, 2001.

Decided Oct. 29, 2001.

Assistant Appellate Defender Tara S. Taggart, of the Office of Appellate Defense of Columbia, for petitioner.

Attorney General Charles M. Condon, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, Senior Assistant Attorney General Norman Mark Rapoport, all of Columbia; and Solicitor Randolph Murdaugh, III, of Hampton, for respondent.

ON WRIT OF CERTIORARI TO
THE COURT OF APPEALS

PER CURIAM:

This Court granted the petition for a writ of certiorari to review the Court of Appeals' opinion in *State v. Garvin,* 341 S.C. 122, 533 S.E.2d 591 (Ct.App.2000). After careful consideration, we now dismiss as improvidently granted.

**DISMISSED.**